

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00346-CV

Style:      Araceli Zapata d/b/a El Super, Veljaco Corp., Inc., d/b/a El Super

          Meat Market & Taqueria and Carmen Gloria Veljanovich v. Clear

          Creek Independent School District, et al.

Date motion filed[*]:      April 17, 2015

Type of motion:      Motion to Extend the Time to File Notice of Appeal

Party filing motion:      Appellants

Document to be filed:      N/A

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      April 1, 2015 (Notice of appeal deadline)

     Number of extensions granted:      0      Current Due Date: N/A

     Date Requested:      April 17, 2015

Ordered that motion is:

     ☑ Granted

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     Appellants' motion to extend the time to file their notice of appeal is **granted** because the notice was filed in the trial court on 4/16/15, within the 15-day grace period of the deadline from the 3/2/15 judgment, and we imply the timely filing of this motion. *See* TEX. R. APP. P. 10.5(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). However, because appellant has failed to timely respond to the Clerk's 5/11/15 late filing fee notice, this Court may dismiss the appeal without further notice unless this fee is paid within **10 days** of the date of this order. *See* TEX. R. APP. P. 5, 42.3(c).

Judge's signature: /s/ Laura Carter Higley
                ☒ Acting individually

Date: June 23, 2015

November 7, 2008 Revision